IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

VERONICA LASSITER,

    Plaintiff,

v.                                                                                                                    No. 17-cv-0850 JCH/SMV

HIDALGO MEDICAL SERVICES and
DAN OTERO,

    Defendants.

## ORDER AWARDING EXPENSES UNDER RULE 37

THIS MATTER is before the Court on Defendant Hidalgo Medical Services' Affidavit of Costs [Doc. 104],[1] filed on May 23, 2018. On May 16, 2018, the Court granted Defendant's Motion to Compel [Doc. 93] and further ordered that Plaintiff pay Defendant's reasonable expenses, including attorney's fees, incurred in making their motion. [Doc. 102] at 5 (citing Fed. R. Civ. P. 37(a)(5)). Defendant claims $3,089.50 in expenses. [Doc. 104] at 1. Plaintiff has not objected to the amount or reasonableness of the claimed expenses, and the time for doing so has passed. Further, the Court finds that the requested $3,089.50 is reasonable.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, no later than **June 28, 2018**, Plaintiff pay Defendant Hidalgo Medical Services $3,089.50, which is the reasonable expenses incurred in making its Motion to Compel [Doc. 93]. *See* Fed. R. Civ. P. 37(a)(5).

---

[1] Defendant initially filed an affidavit of costs that did not include the exhibit referenced in the affidavit. [Doc. 103]. Defendant subsequently filed an identical "corrected" affidavit of costs, including the exhibit. [Doc. 104].

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**