IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

VERONICA LASSITER,

    Plaintiff,

v.                                                           No. 17-cv-0850 JCH/SMV

HIDALGO MEDICAL SERVICES and
DAN OTERO,

    Defendants.

## ORDER AWARDING EXPENSES UNDER RULE 37

THIS MATTER is before the Court on Plaintiff's counsel's Declaration in Support of Attorneys' Fees and Costs [Doc. 158], filed on August 9, 2018. The Court granted in part Plaintiff's Motion to Compel [Doc. 120] on August 3, 2018, and further ordered that Defendant Hidalgo Medical Services ("HMS") pay a portion Plaintiff's reasonable expenses, including attorney's fees, incurred in making her motion. [Doc. 152] at 3 (citing Fed. R. Civ. P. 37(a)(5)(C)). Plaintiff reports $3,952.32 in total expenses incurred in making the motion. [Doc. 158] at 5. Because the Court granted about one-half of Plaintiff's requested relief, she asks for one-half of her expenses: **$1,976.16**. *Id.* at 2. Defendant HMS has not objected to the amount or reasonableness of the claimed expenses, and the time for doing so has passed. *See* [Doc. 152] at 3 (deadline was August 17, 2018). Further, the Court finds that the requested $1,976.16 is a reasonable apportionment.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, no later than **September 11, 2018**, Defendant Hidalgo Medical Services pay Plaintiff $1,976.16, which is the

reasonable apportionment of Plaintiff's expenses incurred in making her Motion to Compel [Doc. 120]. *See* Fed. R. Civ. P. 37(a)(5)(C).

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**