# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

**VERONICA LASSITER,**

    Plaintiff,

v.                                                                      No. 17-cv-0850 JCH-SMV

**HIDALGO MEDICAL SERVICES,**
**and DAN OTERO,**

    Defendants.

## ORDER SETTING STATUS CONFERENCE

**Date and time**:    September 24, 2018, at 3:30 p.m.

**Matter to be heard**:    Telephonic Status Conference

A telephonic Status Conference is hereby set for September 24, 2018, at 3:30 p.m. Counsel should be prepared to discuss the status of the case. Counsel shall call Judge Vidmar's "Meet Me" line at **(505) 348-2357** to connect to the proceedings.[1]

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**

---

[1] The "Meet Me" line accepts no more than five incoming telephone lines at a time. Counsel shall coordinate with each other *prior to the conference* to ensure that no more than five incoming telephone lines are utilized.