# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

VERONICA LASSITER,

    Plaintiff,

v.                                                                                             No. 17-cv-0850 JCH-SMV

HIDALGO MEDICAL SERVICES,
and DAN OTERO,

    Defendants.

## AMENDED ORDER SETTING SETTLEMENT CONFERENCE

THIS MATTER is before the Court pursuant to a telephonic status conference held on September 24, 2018. The settlement conference previously scheduled for September 13, 2018, will be held on **October 23, 2018, at 9:00 a.m.** in the **Picacho Courtroom**, **United States Courthouse at 100 North Church Street in Las Cruces, New Mexico**.

The parties or a designated representative, other than counsel of record, with full authority to resolve the case, must attend in person. Counsel who will try the case must also attend in person. Those attending the settlement conference must treat as confidential the information discussed, positions taken, and offers made by other participants in preparation for and during the conference.[1] *See generally Hand v. Walnut Valley Sailing Club*, No. 11-3228, 2012 WL 1111137 (10th Cir. Apr. 2, 2012) (unpublished) (affirming dismissal of case as sanction for violating confidentiality of settlement conference). Counsel shall advise their clients regarding appropriate attire for appearance in federal court.

---

[1] This does not prohibit disclosures stipulated to by the parties, necessary in proceedings to determine the existence of a binding settlement agreement, or as otherwise required by law.

Because the parties already submitted confidential position papers prior to the September 13, 2018 settlement conference, which was vacated, the Court will not require supplemental position papers. However, should a party wish to provide the Court with a supplemental position paper, it must do so by **5:00 p.m. on October 18, 2018**. Position papers, if sent, should be submitted to the Court by email at VidmarChambers@nmcourt.fed.us.[2]

The settlement conference will not be vacated or rescheduled except upon motion and for good cause shown. Any motion to vacate or reschedule the settlement conference shall provide the Court with sufficient notice to ensure that other matters may be scheduled in the time allotted for the settlement conference.

The Court may contact counsel ex parte prior to the settlement conference to discuss the settlement conference.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**

---

[2] Each e-mail message and its attachments cannot exceed 5 MB. Data exceeding 5 MB should be submitted in individual e-mail messages, each less than 5 MB.