## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

VERONICA LASSITER,

    Plaintiff,

v.                                        No. 17-cv-0850 JCH/SMV

HIDALGO MEDICAL SERVICES and
DAN OTERO,

    Defendants.

### ORDER TO FILE CLOSING DOCUMENTS

A settlement was reached in this matter at the settlement conference held on October 23, 2018.

**IT IS THEREFORE ORDERED** that closing documents be filed no later than **November 26, 2018**, absent a request for an extension and a showing of good cause.

**IT IS SO ORDERED.**

                                                                 **STEPHAN M. VIDMAR**
                                                                 **United States Magistrate Judge**