IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO


VERONICA LASSITER,

      Plaintiff,

v.                                          No. 2:17-CV-00850-JCH-SMV

HIDALGO MEDICAL SERVICES, and,
DAN OTERO,

      Defendants.

### STIPULATION OF DISMISSAL

      Pursuant to an agreement of compromise and settlement and Fed. R. Civ. P.

41(a)(1)(A)(ii), Plaintiff hereby stipulates to the dismissal of all claims with prejudice. The

parties shall each bear their own attorney's fees and costs.


**SUBMITTED:**

VALDEZ AND WHITE LAW FIRM, LLC


By: */s/ Timothy L. White*
         Timothy L. White
P.O. Box 25646
Albuquerque, NM 87125
Tel: (505) 345-0289
Fax: (505) 345-2573
tim@valdezwhite.com


***Attorneys for Plaintiff***

**APPROVED:**

MONTGOMERY & ANDREWS, P.A.

By:  /s/ *Randy S. Bartell*
      Randy S. Bartell
      Randi N. Valverde
P. O. Box 2307
Santa Fe, NM 87504
Telephone:  (505) 986-2504
rbartell@montand.com
rvalverde@montand.com

*Attorneys for Hidalgo Medical Services*

RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

By:  /s/ *Denise Chanez*
      Denise M. Chanez
201 3rd Street NW #2200
Albuquerque, NM 87102
dchanez@rodey.com

*Attorneys for Dan Otero*

2